**Order entered July 14, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01432-CR

**AYOUAL AKOUT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-12-60792-N**

## ORDER

We **ABATED** this appeal on July 1, 2015 to allow the trial court an opportunity to issue written findings of fact and conclusions of law as to whether appellant's custodial confession was made voluntarily. Because the requested findings have been rendered and a supplemental clerk's record containing those findings has been filed, we **REINSTATE** the appeal.

/s/    DOUGLAS S. LANG
        JUSTICE